UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE HERNANDEZ,<br><br>        Petitioner,<br><br>v.<br><br>PATRICK COVELLO, Warden,<br><br>        Respondent. | Case No. 2:20-cv-09452-MCS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), the operative First Amended Petition (Dkt. 11), Respondent's Answer to the First Amended Petition (Dkt. 14) and supporting records, Petitioner's Traverse (Dkt. 16), Petitioner's Motion for Discovery (Dkt. 17), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 19). No party filed timely objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

*/ / /*

IT IS THEREFORE ORDERED that:

1. Petitioner's request for an evidentiary hearing is denied;
2. Petitioner's Motion for Discovery (Dkt. 17) is denied; and
3. Judgment be entered denying the operative Petition and dismissing this action with prejudice.

Dated: May 25, 2021

MARK C. SCARSI
United States District Judge