JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GEORGE HERNANDEZ, | Case No. 2:20-cv-09452-MCS (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| PATRICK COVELLO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: May 25, 2021

MARK C. SCARSI
United States District Judge